IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

| In Re: | Kathleen R. Allbee | ) | Case No. 23-30075 |
|---|---|---|---|
| | | ) | |
| | | ) | |
| | Debtor (s) | ) | |

### MOTION TO TRANSFER TO SOUTHERN DIVISION

Debtor hereby moves the Court to transfer this case to the Southern Division-Springfield. Local Rule 1073-1(I) states, "Cases filed for Stone County residents in the Southwestern Division will be automatically transferred to the Southern Division on debtor's motion if a motion is filed with the petition, served on the U.S. Trustee, and states that debtor resided in Stone County and resides geographically closer to Springfield than Carthage ."

1. Debtor lives in Billings, Missouri a part of Stone County and located in the Southwestern Division.

2. Debtor lives geographically closer to Springfield than Carthage.

Wherefore, Debtor prays pursuant to Rule 1073-1(I) the court order this case be transferred from the Southwestern Division –Carthage, Missouri to the Southern Division – Springfield, Missouri and for such other relief the court deems just and proper.

Dated: 03/23/2023

Respectfully submitted,
LICATA BANKRUPTCY FIRM, P.C.

/s/Jesse L. Langford
Marc D. Licata, Mo# 54957
Jesse L. Langford, Mo#64975
Laura M.K. Young, Mo#66345
1442 E. Bradford Parkway
Springfield, MO 65804
(417) 887-3328 / Fax (417) 887-8091
bankruptcy@licatalawfirm.com
ATTORNEYS FOR DEBTORS

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 23, 2023, the foregoing was delivered via e-mail to all necessary parties that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to all necessary parties that are not registered to receive electronic filings on ECF.

Office of the United States Trustee
400 E. 9th Street, Room 3440
Kansas City, Missouri 64106

U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106

                                /s/Jesse L. Langford